**FILED**
February 15, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHABINA SHOBA DEBBIE,<br><br>Defendant. | Case No. 2:19-mj-00029-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHABINA SHOBA DEBBIE ,

Case No. 2:19-mj-00029-CKD  Charge 18 USC § 1709 , from custody for the following reasons:

⎯⎯⎯⎯    Release on Personal Recognizance

⎯⎯⎯⎯    Bail Posted in the Sum of $ ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

  X       Unsecured Appearance Bond $   25,000.00

⎯⎯⎯⎯    Appearance Bond with 10% Deposit

⎯⎯⎯⎯    Appearance Bond with Surety

⎯⎯⎯⎯    Corporate Surety Bail Bond

  X       (Other): No Pretrial Supervision

Issued at Sacramento, California on February 15, 2019 at 2:30 pm.

By: /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney