Hendrick S. Crowell, II SBN 215900
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Telephone: (916) 303-2800
Facsimile: (916) 303-2802

Attorney for Defendant
Shabina Debbie

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-cr-00072-JAM |
| Plaintiff, | |
| v. | **STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER** |
| SHABINA DEBBIE, | |
| Defendant | |

**STIPULATION**

Defendant Shabina Debbie, by and through her counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

A status conference in this case is currently set for February 11, 2020.

By this stipulation, defendant now moves to continue the status conference until April 14, 2020 at 9:15 a.m., and to exclude time between February 11, 2020, and April 14, 2020, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

    a. Due to the voluminous discovery in this matter including video evidence, counsel for defendant requires additional time for investigation and obtaining witness statements.

1

b. Counsel for the parties have conferred and the Assistant United States Attorney is working on a proposed offer for resolution.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 11, 2020 to April 14, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: February 7, 2020

/s/ Mira Chernick
MIRA CHERNICK
Assistant United States Attorney

DATED: February 7, 2020

/s/ Hendrick S. Crowell II
HENDRICK CROWELL II
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this 7th day of February, 2020.

                    /s/ John A. Mendez
              UNITED STATES DISTRICT COURT JUDGE