McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00072-JAM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER |
| v. | |
| SHABINA DEBBIE, | DATE: October 27, 2020 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A status conference in this case was previously set for October 27, 2020.

2. By this stipulation, defendant now moves to continue the status conference until January 26, 2021, and to exclude time between October 27, 2020, and January 26, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Due to the voluminous discovery in this matter including video evidence, counsel for defendant requires additional time for investigation and obtaining witness statements.

    b. Counsel for the parties have conferred and the Unites States Assistant Attorney is working on a proposed offer for resolution. Defense counsel requires additional time to discuss options for resolution with his client, and to prepare for trial in the event that the case is not

resolved.

   c. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 27, 2020, through January 26, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  October 26, 2020        McGREGOR W. SCOTT
                    United States Attorney

                    /s/ MIRA CHERNICK
                    MIRA CHERNICK
                    Assistant United States Attorney

Dated:  October 26, 2020        /s/ HENDRICK CROWELL
                    HENDRICK CROWELL
                    Counsel for Defendant
                    SHABINA DEBBIE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of October, 2020.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE