Hendrick S. Crowell, II SBN: 215900
Robert B. Darrohn SBN: 278370
Daniel Tenenbaum SBN: 287712
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Phone: (916) 303-2800
Fax: (916) 303-2802

Attorney for Defendant
Shabina Debbie

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>SHABINA DEBBIE,<br><br>            Defendant. | CASE NO.  2:19-CR-00072-JAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER<br><br>DATE: April 27, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      A status conference in this case was previously set for April 27, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until July 20, 2021, and to exclude time between April 27, 2021, and July 20, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a.   Due to the voluminous discovery in this matter including video evidence, counsel for defendant requires additional time for investigation and obtaining witness statements.

b.    Counsel for the defendant has conferred with the Unites States Assistant Attorney and there have been substantial plea negotiations.  Defense counsel requires additional time to discuss options for resolution with his client, and to prepare for trial in the event that the case is not resolved.

1

1
2
3
    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4
    d.    The government does not object to the continuance.

5
6
7
8
9
10
11
12
    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2021, through July 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

13
14
15
4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

16
IT IS SO STIPULATED.

17
18
19
Dated:  April 23, 2021            McGREGOR W. SCOTT
United States Attorney

20
21
22
/s/ MIRA CHERNICK
_____
MIRA CHERNICK
Assistant United States Attorney

23
24
25
26
Dated:  April 23, 2021            /s/ HENDRICK CROWELL
_____
HENDRICK CROWELL
Counsel for Defendant
SHABINA DEBBIE

27
28

1

**FINDINGS AND ORDER**

2     IT IS SO FOUND AND ORDERED this 23rd day of April, 2021.

3

4                     /s/ John A. Mendez

                         THE HONORABLE JOHN A. MENDEZ

5                         UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE
AND EXCLUDE TIME