Hendrick S. Crowell, II SBN: 215900
Robert B. Darrohn SBN: 278370
Daniel Tenenbaum SBN: 287712
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Phone: (916) 303-2800
Fax: (916) 303-2802

Attorney for Defendant
Shabina Debbie

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHABINA DEBBIE,<br><br>　　　　　　　Defendant. | CASE NO.  2:19-CR-00072-JAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER<br><br>DATE: September 28, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. A status conference in this case was previously set for September 28, 2021.

2. By this stipulation, defendant now moves to continue the status conference until October 19, 2021, and to exclude time between September 28, 2021, and October 19, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for the defendant has conferred with the Assistant United States Attorney and are in the final stages of negotiations.  Defense counsel requires additional time to discuss options for resolution with his client, and to prepare for trial in the event that the case is not resolved.

   b. Counsel for defendant believes that failure to grant the above-requested continuance

STIPULATION TO CONTINUE STATUS CONFERENCE
AND EXCLUDE TIME

1

would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.      The government does not object to the continuance.

      d.      Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2021, through October 19, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 24, 2021

                /s/ MIRA CHERNICK
                MIRA CHERNICK
                Assistant United States Attorney

Dated: September 24, 2021

                /s/ HENDRICK CROWELL
                HENDRICK CROWELL
                Counsel for Defendant
                SHABINA DEBBIE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of September, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE