Hendrick S. Crowell, II SBN: 215900
Robert B. Darrohn SBN: 278370
Daniel Tenenbaum SBN: 287712
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Phone: (916) 303-2800
Fax: (916) 303-2802

Attorney for Defendant
Shabina Debbie

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>SHABINA DEBBIE,<br><br>              Defendant. | CASE NO.  2:19-CR-00072-JAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER<br><br>DATE: November 2, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  A status conference in this case was previously set for November 2, 2021.

2.  By this stipulation, defendant now moves to continue the status conference until December 14, 2021, and to exclude time between November 2, 2021, and December 14, 2021, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  It was recently determined that some of the electronic evidence received by defense counsel is not viewable. In order to be properly prepared, counsel needs a new copy of the evidence. Counsel has discussed this issue and counsel for the government is preparing and sending a new copy of the evidence to defense counsel. The request is for December 14, 2021, to allow defense counsel time to review the reproduced evidence, as well as evidence already

produced by the government; to discuss the evidence and charges with his client; and to conduct additional investigation.

      b.    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.    The government does not object to the continuance.

      d.    Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 2, 2021, through December 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 29, 2021

/s/ MIRA CHERNICK
MIRA CHERNICK
Assistant United States Attorney

Dated: October 29, 2021

/s/ HENDRICK CROWELL
HENDRICK CROWELL
Counsel for Defendant
SHABINA DEBBIE

STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of October, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE