Hendrick S. Crowell, II SBN: 215900
Robert B. Darrohn SBN: 278370
Daniel Tenenbaum SBN: 287712
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Phone: (916) 303-2800
Fax: (916) 303-2802

Attorney for Defendant
Shabina Debbie

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-00072-JAM |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; FINDINGS AND ORDER |
| v. | |
| SHABINA DEBBIE, | DATE: December 14, 2021 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      A status conference in this case was previously set for December 14, 2021.

2.      By this stipulation, defendant now moves to continue the status conference until February 8, 2022, and to exclude time between December 14, 2021, and February 8, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      Defense counsel recently received video evidence and is in the process of accessing and reviewing the videos.  The request is for February 8, 2022, to allow time to view the video evidence.

b.      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION TO CONTINUE STATUS CONFERENCE
AND EXCLUDE TIME

1

summary

1    c.    The government does not object to the continuance.

2    d.    Based on the above, the ends of justice served by continuing the case as requested

3 outweigh the interest of the public and the defendant in a trial within the original date prescribed

4 by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18

5 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14,

6 2021, through February 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§

7 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court

8 at defendant's request on the basis of the Court's finding that the ends of justice served by taking

9 such action outweigh the best interest of the public and the defendant in a speedy trial.

10    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

11 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

12 must commence.

13    IT IS SO STIPULATED.

14

15

16    Dated:  December 8, 2021

17                                                                    /s/ DENISE YASINOW
                                                                        DENISE YASINOW
18                                                                      Assistant United States
                                                                        Attorney
19

20    Dated:  December 8, 2021                                 /s/ HENDRICK CROWELL
                                                                        HENDRICK CROWELL
21                                                                      Counsel for Defendant
                                                                        SHABINA DEBBIE
22

23

24

25

26

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE          2
AND EXCLUDE TIME

1

**FINDINGS AND ORDER**

2

IT IS SO FOUND AND ORDERED this 9th day of December, 2021.

3

4

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ

5

UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE STATUS CONFERENCE
AND EXCLUDE TIME

3