PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHABINA DEBBIE,<br><br>　　　　　Defendant. | CASE NO. 2:19-CR-00072-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT** |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant Shabina Debbie, by and through her counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order a status conference in this matter was scheduled for February 8, 2022, and all time up to February 8, 2022 was deemed excluded from the Speedy Trial Act under Local Code T4.  ECF 58.

　　　　2.　　By this stipulation and proposed order, the parties now move to continue the status conference in this matter to April 12, 2022 at 9:30 am, with all time until that date excluded under Local Code T4.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a)　　Defense counsel recently received video evidence and is in the process of accessing and reviewing that discovery.

**Stipulation and Order Continuing Status
Conference**

      b)     Defense counsel desires additional time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

      c)     Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 8, 2022 to April 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 3, 2022

PHILLIP A. TALBERT  
United States Attorney

/s/ Denise N. Yasinow  
Denise N. Yasinow  
Assistant United States Attorney

**Stipulation and Order Continuing Status Conference**

Dated: February 3, 2022    /s/ Hendrick Crowell
Counsel for Defendant
Shabina Debbie

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of February, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order Continuing Status Conference