PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHABINA DEBBIE,<br><br>    Defendant. | 2:19-cr-00072-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On or about January 31, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Shabina Debbie forfeiting to the United States the following property:

    a.    Approximately $125,652.00 of the $153,652.00 in U.S. Currency, plus all accrued interest on the total amount seized.

Beginning on February 1, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

     a.     Ashneel Kumar:  A notice letter was sent via certified mail to Ashneel Kumar at 1905 Michigan Blvd., West Sacramento, CA 95799 on January 31, 2023.  The envelope was returned as "attempted no known, unable to forward".

     b.     Ashneel Kumar:  A notice letter was sent via certified mail to Ashneel Kumar c/o Matthew C. Bockmon at 801 I Street, 3rd Floor, Sacramento, CA 95814 on January 31, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed.  The USPS Tracking Results show delivery was made on February 2, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Shabina Debbie and Ashneel Kumar:

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $28,000.00 of the $153,652.00 in U.S. Currency and the Approximately $81,000.00 in U.S. Currency to defendant Shabina Debbie through attorney William Portanova, Jr.

SO ORDERED.

Dated: August 16, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE