WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
SHABINA DEBBIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00072-JAM |
| Plaintiff, | **REQUEST TO DELAY SELF SURRENDER DATE TO OCTOBER 27, 2023; ORDER** |
| v. | |
| SHABINA DEBBIE, | |
| Defendant. | |

Defendant Shabina Debbie, by and through undersigned counsel, respectfully moves this Court for an Order delaying Ms. Debbie's self-surrender date one month, from September 29, 2023 to October 27, 2023.

Shabina Debbie is presently scheduled to self-surrender to the Bureau of Prisons on September 29, 2023. Ms. Debbie is a single mother of two minor children who both live with her. In preparation for her absence, arrangements have been made to provide for her children's care and the logistics of attendance at school and other activities, but such arrangements require her to remain as her children's caretaker until October 20, 2023, at the earliest.

Counsel respectfully requests this court to issue an order delaying Ms. Debbie's reporting date to the Bureau of Prisons from September 29, 2023 to October 27, 2023.

The United States does not oppose this request.

DATED:  September 6, 2023                    */s/ William F. Portanova*
                                             WILLIAM F. PORTANOVA
                                             Attorney for Defendant
                                             SHABINA DEBBIE

2

# **ORDER**

GOOD CAUSE SHOWING, it is hereby **ORDERED** that Defendant Shabina Debbie's reporting date to the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California, be changed from September 29, 2023, to **October 27, 2023, before 12:00 PM**.

Dated: September 07, 2023        /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE